UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

UNITED STATES OF AMERICA

       -against-

VICTOR DE LOS SANTOS,

                       Defendant.
-----------------------------------------------------------------x

**ORDER**
24 CR 155 (KMW)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/5/24

KIMBA M. WOOD, District Judge:

    Due to a conflict with the Court's calendar, sentencing currently scheduled for June 26, 2024, is adjourned to July 10, 2024, at 12:30 p.m. The sentencing submission schedule, set by the Court's March 25, 2024 Order, remains the same.

    SO ORDERED.

Dated: New York, New York
         June 5, 2024

                                          /s/ Kimba M. Wood
                                       KIMBA M. WOOD
                              UNITED STATES DISTRICT JUDGE