**DAVID K. BERTAN**
ATTORNEY AT LAW
41 EAST 11TH STREET, 11TH FLOOR
NEW YORK, NEW YORK 10003

(718) 742-1688
E-MAIL: DBERTAN@YAHOO.COM



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/3/24

July 1, 2024

*Via ECF*

Hon. Kimba M. Wood, United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

Hon.

    Re:    USA v. De Lo Santos 24-cr-155 KMW)

**MEMO ENDORSED**

Dear Judge Wood:

    I represent Mr. ~~Seymore~~ [De Los Santos] in the above matter. Sentencing is currently scheduled for July 10, 2024.

    I am respectfully requesting a brief adjournment of the sentencing in order to obtain additional information relevant to Mr. De Lo Santos.

    I have consulted with the Government; they have no objection to the requested adjournment. Accordingly, I am requesting that Mr. Seymore's sentencing proceedings be set for a date in late July or early August of 2024. I am unavailable from July 29, 2024 until July 8, 2024.

    Thank you for your consideration in this matter.

*Sentencing is scheduled for July 31, 2024, at 12:00 p.m. Defendant's Submission is due by July 17. Government submission is due by July 24.*

Very truly yours,

David K. Bertan

DKB

cc:    AUSA Catherine Ghosh (Via ECF)

SO ORDERED: N.Y., N.Y. 7/3/24

Kimba M. Wood
KIMBA M. WOOD
U.S.D.J.