UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

UNITED STATES OF AMERICA

    -against-

VICTOR DE LOS SANTOS,

              Defendant.
-----------------------------------------------------------------x

**ORDER**
24 CR 155 (KMW)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/9/24

KIMBA M. WOOD, District Judge:

    The sentencing currently scheduled for July 31, 2024, is adjourned to Wednesday, September 11, 2024, at 10:00 a.m.

    SO ORDERED.

Dated: New York, New York
       July 9, 2024

                                                  _____
                                                       KIMBA M. WOOD
                                                UNITED STATES DISTRICT JUDGE