**From:** asrina103@yahoo.com
**Subject:** Fw: Character letter-Nephew
**Date:** May 16, 2024 at 11:42 PM
**To:** dkb@davidbertan.com, mr.delossantos3495@gmail.com



Dear Judge

I am writing to share my experience and attest on my uncle Victor's integrity. Victor De Los Santos, who I have known since my birth is a great uncle, the greatest gift to my life, and also a friend with spirit. My uncle Victor is a person who brings everyone that he encounters, joy and laughter. He has always stood by me in my time of need. When things are not going well, I can always reach out no matter the circumstances. He is a person that will cheer anyone until he knows that they are in a good place with themself. He has always been my biggest supporter and guiding light in times of crisis, by my side, and also for anyone who needs someone to lean on. He sets boundaries and always makes sure I am respectful and responsible. He assures me that whatever obstacles that I would face, I should face them without fear. Sometimes when my family life plan goes off my set path, through his love, he has been my biggest critic yet my loyal guide and supporter.

Because of his honesty, love, and support he has helped me through many life situations as a guiding force and father figure when my own dad was not around.

He is a great listener, and he cares about people's feelings. He helps me when I am not sure about certain aspects of life. He guides me in a way that offers me ways to manage my emotions, in a healthy manner. Through my challenges in life, I have looked to him as a father figure as well as an elder with source of strength that has allowed me to identify and gain self-confidence in who I am.

Seeing my uncle Victor in an empathetic way, his interactions with his family, friends, and everyone around him are encouraging. I see my uncle Victor as a man with empathy and compassion which is rare. He is a person I treasure. Victor is truly a wonderful, kind person, who is honest, dependable, dedicated, loyal and a diligent worker. Because of our busy schedules, family lives and the miles between us, our visits are fewer than I would want; however, we do talk weekly, and I know that my uncle Victor is unique. I strongly believe that he would never intentionally cause harm to anyone. His character is humble and kind and within him, he shelters empathy, respect, and kindness.

Respectfully Submitted,
Aaron Puello

**From:** Juan Jimenez lilo2152@yahoo.com
**Subject:** Character Letter for Victor De Lo Santos
**Date:** May 20, 2024 at 4:33 PM
**To:** dkb@davidbertan.com

Carmen Puello
2152 SW Import Drive
Port Saint Lucie, FL 34953
Lilo2152@yahoo.com
772-224-4409

Dear Judge

I am writing this letter in Support of my brother, Victor De Lo Santos, who is currently before your court. I am in a position to speak of his character and integrity due to the fact that we grew up together . I am Victor's older sister and I was privilege to help raise him while our mother went to work. Victor consistently demonstrated qualities of honesty , responsibility and a deep commitment to family and friends. He will always volunteered to help his other sibling with homework assignments as well as cleaning and fixing things around the apartment.

In consideration of Victor's character and his dedication to our family and friends, I respectfully ask for your leniency .

Thank you for taking the time to consider his character reference. Please do not hesitate to contact me if you require further information or clarification regarding the matters discussed in this letter.

Sincerely,
 Carmen Puello

4/1/2024

Dear Judge

I'm writing the letter for Victor De Los Santos who is a wonderful father, an affectioned husband, a loving son, and a humble brother. On January 15 Victor came to my house a 0231 am to fix my heater because my boiler stop working. This morning it was 43 degrees in the house, I just got off worken from doing overtime, working as a New York correction officer (NYCD) on Rikers Island. My family and I was sleeping when my three year old son was suffering from a cold came in my bed room crying because the house was freezing. I then called Victor, Victor woke up out of his sleep and drove to my house to fix my boiler. I don't know how Victor did it but he did it and would forever be our hero.

My family and I are so grateful for Vick.

Sincerely

**From:** rosannarps@aol.com
**Subject:** Victor De Los Santos Judge
**Date:** May 14, 2024 at 11:12 PM
**To:** dkb@davidbertan.com
**Cc:** mr.delossantos3495@gmail.com

Dear Judge

I am writing to shine a light on my brother Victor's integrity. Victor De Los Santos, who I have known since his birth, is a great brother, a gift to life, and a friend with spirit. My brother Victor is a person who brings anyone that he encounters, joy and laughter. He has always stood by me in my time of need. When things are not going well, he is a person that will cheer anyone on until he knows that they are in a good place with themself. He has always been a guiding supporter, by my side, and for anyone who needs someone to lean on. He set boundaries of respect and responsibility, ensuring that whatever obstacles that I would face, I should face them without fear. Sometimes when my life's plan goes off my set path, through his love, he has been my biggest critic yet my loyal guide.

Because of his honesty, love, and support he has helped me. He is a great listener, and he cares about people's feelings. He helps me to validate things that I am not sure about. He guides me in a way that offers me ways to manage my emotions, in a healthy manner. Through my challenges in life, I have looked to him as a source of strength that has allowed me to identify and gain self-confidence in who I am.

Seeing him in an empathetic way, his interactions with his family, friends, and everyone around him are encouraging. I see my brother Victor as a brother who is rare. He is a person I treasure. Victor is truly a wonderful, kind person, who is honest, dependable and a diligent worker. Because of our busy lives and the miles between us, our visits are fewer than I would want; however, we do talk weekly, and I know that my brother Victor is unique. I strongly believe that he would never intentionally cause harm to anyone. His character is humble and kind and within him, he shelters empathy, respect, and kindness.

Respectfully Submitted,

*Fernando Puello*

If you need further information, please feel free to contact me at rosannarps@aol.com.

Dear Judge….s.docx
18 KB

*Fernando Puello*

**From:** Elizabeth Rivera erivera068@gmail.com
**Subject:** Fwd: Character letter / Elizabeth De Los Santos
**Date:** May 14, 2024 at 10:01 PM
**To:** dkb@davidbertan.com



Dear Judge,

I am writing to express my support for Victor De Los Santos, a devoted brother, uncle and father. Have known him my whole life and can attest to his character and integrity which has been instilled in both of us.

Victor is a very dedicated brother, uncle, son and father. In addition to being a loving brother, uncle and father it amazes me how he can on his down time gather everyone the elderly, and children of the community specially on holidays. He puts together small gatherings.  He makes sure everyone enjoys themselves and has a good time. Family and friends value him tremendously. He puts his family first above all else.

He is always there for his children, providing them with love, guidance, and support. He is actively involved in their lives, attending their events, and being a positive role model for them.  Victor always has time to offer a listening ear no matter the time.

Victor is kind-hearted and takes his integrity very seriously, and is committed to living a life of honesty and honor. He is always willing to lend a helping hand to friends and family in need. He's generous, compassionate, adored and respected by all who know him.
Thank you for considering my perspective. Please feel free to contact me if you require any further information.
Thank you,

Elizabeth De Los Santos

**From:** LIFE WITH PROM PROM barnesjohnika@gmail.com
**Subject:** Victor Delossantos
**Date:** April 14, 2024 at 4:21 PM
**To:** dkb@davidbertan.com



Dear Judge,

I am writing to express my support for Victor De Los Santos, a devoted father and a pillar of our family and community. I have known Victor for 20 years and can attest to his character and integrity.

Victor is a dedicated father who prioritizes his family above all else. He is always there for his children, providing them with love, guidance, and support. He is actively involved in their lives, attending their events, and being a positive role model for them.

In addition to being a loving father, Victor is also a kind-hearted and honest individual. He takes his integrity very seriously and is committed to living a life of honesty and honor. He is always willing to lend a helping hand to friends and family in need. His generosity and compassion know no bounds, and he is well-respected by all who know him. Victor is a pillar of support in times of need. He has shown his reliability and kindness countless times, including when I have had car troubles or last-minute scheduling conflicts with my children's school or activities. Victor always comes through, offering his assistance without hesitation. His willingness to help others is truly commendable and reflects his genuine and caring nature.

Thank you for considering my perspective. Please feel free to contact me if you require any further information.

Thank you,

Johnika Barnes

Dear Judge,

My name is Prettina McNair. I am writing this character letter to protect the character of my husband Victor De Los Santos. Victor and I met on August 24,1988. We got married on September 17,2008 and remarried on September 20,2017. We have two lovely daughters and one awesome grandson. Victor and I have been together for thirty-six years respectfully.  Victor has always been very respectful as a husband ,father,  grandfather,  brother, uncle,  brother in law and  friend. Victor is very supportive of me as a wife. He supports me mentally and physically. Victor supports with all my everyday needs. Victor takes me to my medical appointments for my diabetes, high blood pressure, high cholesterol, low potassium, neuropathy, and mammograms. He also takes me to my appointments to my orthopedics , physical therapy , pain management , eye clinic appointment and to the surgery center to receive my injections. Victor has also been very supportive with my mom who has severe dementia. Victor does all the necessities around the house as well do to my health conditions and back injury. Victor cleans the house , cooks , do the laundry, food shopping, walk the dogs , feed the dogs ,  take the dogs to the vet visits and wash the dogs. He picks my medicine also when I need my refills. Victor has been  extremely supportive, faithful respectful and helpful to me.

Best regards
Prettina McNair

**From:** Veronica McNair mrs.vmcnairbrown@gmail.com
**Subject:** Dear Judge
**Date:** May 3, 2024 at 10:26 AM
**To:** dkb@davidbertan.com



Dear Judge

I'm writing this character letter in reference to my brother-In-law Victor De los Santos. I've know this man for over 40 years. Victor is a fanominal guy. He's a family man with two amazing young daughters. He also has his grandson which he is very much supportive and a father figure to his grandson.
I have had the pleasure of knowing Victor to be an honest, loving, role model and a man with great integrity and strong morels. I had broken my ankle in two places really bad. I needed some help getting my plumbing done and didn't have the money for repairs. Victor came over fixed the problem and said get well soon sis. I had no help and he came thru for me. I will never forget how helpful he was in time of need. This guy will give you the shirt off his back if you need it. Throughout all of these years of knowing him, I've never seen or heard him be argumentative. He's always calm and well mannered. Judge your honor this is not a bad guy standing before you.
If you can be so kind and take this into consideration I would greatly appreciate it.

Thank you
Veronica McNair

Your Honor,

   My father shaped me into the person I am today and is one of the most hardworking people I know. From the time my frontal lobe developed I watched this man get up and go to work every single day to provide for his family. Since a kid he always made sure I was on the right path, he made sure his family was taken care of; food was on the table and everybody slept peacefully/safe at the end of every single day. He put me through school as a child and never missed a parent/teacher conference or a school play. As a teenager he helped me go through school and helped with my student loans. He not only taught me a lot physically: how to tie my shoes, how to ride a bike, how to read & write etc. but he also taught me a lot mentally: how to move throughout this world with respect and morals and that you have to put in the work in order to receive what you want out of life. My father has always been there for me, such as last year when I moved into my first apartment. I didn't need to pay any movers because I had him, we both loaded and unloaded the car all by ourselves. As stated above, he shaped me into the person I am today and he will always remain the same humble, caring and reliable man in my eyes.

Best Regards,

Victavia De Los Santos

Dear Judge,

My name is Prettina McNair. I am writing this character letter to protect the character of my husband Victor De Los Santos. Victor and I met on August 24,1988. We got married on September 17,2008 and remarried on September 20,2017. We have two lovely daughters and one awesome grandson. Victor and I have been together for thirty-six years respectfully.  Victor has always been very respectful as a husband ,father,  grandfather,  brother, uncle,  brother in law and  friend. Victor is very supportive of me as a wife. He supports me mentally and physically. Victor supports with all my everyday needs. Victor takes me to my medical appointments for my diabetes, high blood pressure, high cholesterol, low potassium, neuropathy, and mammograms. He also takes me to my appointments to my orthopedics , physical therapy , pain management , eye clinic appointment and to the surgery center to receive my injections. Victor has also been very supportive with my mom who has severe dementia. Victor does all the necessities around the house as well do to my health conditions and back injury. Victor cleans the house , cooks , do the laundry, food shopping, walk the dogs , feed the dogs ,  take the dogs to the vet visits and wash the dogs. He picks my medicine also when I need my refills. Victor has been  extremely supportive, faithful respectful and helpful to me.

Best regards
Prettina McNair