Sammy Robinson

646-385-3755

04/14/2024

Robinsonsammy891@gmail.com

To whom it may concern,

Victor Delasantos is my uncle and I have known him for all my 34 years on this earth. I am writing this letter to offer a fuller picture of my uncle and his true character. My whole life I have never heard him ever doing any wrongdoings. Victor Delasantos is a great human being, and today, that is very uncommon. My uncle gave my now wife and I great advice the day before my wedding that I will forever cherish. My uncle is a warm hearted, kind, loving, great person.  He is always there for my family no matter what the circumstances are. Taking my uncle away will be detrimental not only to me, but to my family.

Sammy Robinson

**From:** Tina Mcnair caramelmcnair75.tm.11@gmail.com
**Subject:** Re: Letter
**Date:** May 6, 2024 at 9:00 AM
**To:** dkb@davidbertan.com



Good morning  any letters I received via text I screenshot them and send it to you in a email

On Mon, May 6, 2024 at 8:58 AM Tina Mcnair <caramelmcnair75.tm.11@gmail.com> wrote:

> Dear judge
> My name is Sammy McNair. I am writing this character letter behalf of my brother in law Victor. Victor has been in my life for forty years and has been very helpful. I have cerebral palsy with use of one hand and wheelchair bound. Whenever my chair battery dies or my wheelchair is not working properly Victor always comes to help me. He fixed my wheelchair plenty of times and has picked me up from wherever my wheelchair has got stuck at. Victor is a nice caring man he helps everyone in my family and has been a great husband to my little sister for over thirty years.
>
> Sincerely
> Sammy McNair

**From:** asrina103@yahoo.com
**Subject:** Character letter-Sister. Rina Puello
**Date:** May 14, 2024 at 8:58 PM
**To:** dkb@davidbertan.com



Dear Judge,

I am writing to express my support for Victor De Los Santos, a devoted brother, father and an inspiration to our family and community. Have known him my whole life. He has always been the little big brother, protector and can attest to his character and integrity.
Victor is a very dedicated brother, son and father that puts his family first above all else. He is always there to lend his emotional support.  He's always there for his family, his children, friends.  He is constantly providing love, guidance, and support. He is actively involved in their lives, attending their events, and being a positive role model for them.  He has always been an integral part of my sons upbringing.
In addition to being a loving father, Victor is also a kind-hearted individual. He takes his integrity very seriously and is committed to living a life of honesty and honor. He is always willing to lend a helping hand to friends and family in need. His compassion and generosity draws people to him and they want to be around him.
 He is very well-respected by the elders in the neighborhood and by all who know him.
Victor is always willing to offer support to anyone in times of need.
He is reliable, kind and a hard worker.  Never hesitates to offer his assistance and support whether it be emotional or in any capacity without hesitation.
His willingness to help family, friends, strangers and others is commendable and reflects his genuine caring nature that has been instilled in him since childhood.
Please feel free to contact me if you require any further information.
Thank you for the opportunity.

Rina Puello

**From:** Chardoney Mcnair chardoney14@gmail.com 
**Subject:** Victor Dellossantos grandsons letter
**Date:** April 18, 2024 at 9:43 AM
**To:** dkb@davidbertan.com



Dear Judge,

My dad has never been in my life, so my grandfather has been my only male role model. My grandfather is a great man, who is the heart and soul of my family. He is strict at times about my school work but that has kept me with a 4.0 GPA in high school. I recently got knee surgery and my grandfather was there to comfort me. So please have some mercy on my grandfather. I need my grandfather for our movie dates, basketball games, fishing, lunch, and someone to continue to guide me in the right direction.

Sincerly
Makai Lilly



Sent from my iPhone

**From:** Nicola Collins collinsnicola33@gmail.com
**Subject:**
**Date:** April 14, 2024 at 3:35 PM
**To:** dkb@davidbertan.com

---

04/10/2024

Dear Honorable Judge,

My name is Nicola Collins. I am writing this letter on the behalf of my Uncle, Victor De Los Santos. I witness Victor do alot of positive things for the family and I. Victor helps the family every and anytime he can. Victor is very family orientated, caring, polite and helpful. Victor has helped me out with shelter, stability and care when I was homeless. Victor helped my mother reconstrute her outdoor patio from marbel tiles to granite tiles. Victor also helps babysit my cousins, he helps them with homework, keeps them entertained with fun activities, provides food and always ensuring of there safety. This letter is on the behalf of my Uncle, Victor De Los Santos stating his positive impact on my life.

Sincerely, Nicola C[...]

Sincerely, Nicola Collins

04/10/2024

Dear Honorable Judge,

My name is Andre Mcnair. I am writing this letter on the behalf of my Uncle, Victor De Los Santos. I have always found Victor to be trustworthy, hard working, intelligent and well providing to our family. Victor has inspired me to become a maintenance worker, he's like a mentor to me. Victor has helped me paint when I moved into my apartment. Victor helped me when I was sick and I couldn't help myself. One of the most difficult times of my entire life, was when I have gotten viciously assaulted. I couldn't walk properly, I was a wreck mentally, physically and emotionally. Victor would visit me consistenly and assitance me with walking, bringing me food, care and love. This letter is on the behalf of my Uncle, Victor De Los Santos stating

his positive impact on my life

**From:** Juan Jimenez lilo2152@yahoo.com
**Subject:** Character Reference Letter for Court.
**Date:** May 15, 2024 at 2:44 PM
**To:** dkb@davidbertan.com

Juan Jimenez
2152 SW Import Drive
Port Saint Lucie, fl 34953
lilo2152@yahoo.com
786-508-7640

Dear Judge

I am writing this letter in support of Victor De Lo Santos, who is currently before your court. Having known Victor for about 33 years, I am in a position to speak to the character and integrity of him that I have come to know through various aspects of our lives together , including growing up in New York City, participating in several communities events to promote community safety as well as playing basketball with local youth in our community. Victor has consistently demonstrated quality of honesty, responsibility and a deep-seated commitment to our community as well as his family and friends.
Thank you for taking the time to consider this character reference. Please do not hesitate to contact me if you require further information or clarification regarding the matters discussed in this letter.

Sincerely ,

Juan Jimenez

**From:** NICOLE WAKEFIELD miamy1love@aol.com
**Subject:** Character Letter Victor De Los Santos
**Date:** May 29, 2024 at 9:25 AM
**To:** dkb@davidbertan.com dkb@Davidbertan.com



> Dear Mr. Judge,
>
> I am writing on behalf of Victor De Los Santos. Mr. Victor De Los Santos and I have been family & close friends for over thirty years. In this time, he has proven to be a fine and responsible character. In General, Mr. De Los Santos is known for being a dedicated husband and father.
>
> As a reliable member of the community Vic's offense was quite unexpected. Mr. De Los Santos has thus far shown a steadfast and resolute demeaner in moving past this mistake in a constructive and successful manner. It is my hope that this letter regarding Victor and his case will act as a positive and contributing factor when the court considers this matter.
>
> Sincerely,
>
> Bernie McNair