UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
UNITED STATES OF AMERICA

    -against-

VICTOR DE LOS SANTOS,

                        Defendant.
-----------------------------------------------------------------x

**ORDER**
24 CR 155 (KMW)

KIMBA M. WOOD, District Judge:

Due to a conflict with the Court's calendar, sentencing currently scheduled for October 9, 2024, is adjourned to October 23, 2024, at 11:30 a.m. The schedule for submissions, set in the Court's September 4, 2024, order remains the same.

SO ORDERED.

Dated: New York, New York
       October 1, 2024

                                          /s/ Kimba M. Wood
                                          KIMBA M. WOOD
                                      UNITED STATES DISTRICT JUDGE