

**NEW YORK CITY HOUSING AUTHORITY**
90 CHURCH STREET • NEW YORK, NY 10007

TEL: (212) 306-3000 • nyc.gov/nycha

**LISA BOVA-HIATT**
CHIEF EXECUTIVE OFFICER

August 30, 2024

Honorable Kimba M. Wood
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

    Re: United States v. Victor De Los Santos, Case No. 24-CR-155 (KMW)
        Victim Impact Statement

      The New York City Housing Authority (NYCHA) has employed Victor De Los Santos since May 27, 1997. As admitted in his plea agreement, between approximately October 2016 and July 2020, Mr. De Los Santos accepted $35,000 in bribes in exchange for arranging that certain contractors receive no-bid contracts worth at least $280,000. Mr. De Los Santos's crimes hurt NYCHA residents, NYCHA staff, taxpayers, and public servants. His actions are a betrayal of the public trust, and an embarrassment to the civil servants who honorably and tirelessly serve our City every day.

      NYCHA's first priority is, and always has been, to serve our residents. Micro-purchases are a HUD-approved, quicker vehicle to deploy resources to repair items at a property – from roof and exhaust fans that help prevent moisture, to ancillary heating or mechanical equipment, including repairs in our tank rooms and boiler rooms, to repairing self-closing doors, mailboxes, and other critical items. When Mr. De Los Santos worked as a Superintendent at Lincoln Houses, supervising field operations staff and contractors, he was entrusted with promoting NYCHA's mission to serve our residents. In that role, he had authority to award no-bid micro-purchases and oversee the vendors performing the work.

      Mr. De Los Santos's criminal misconduct of soliciting and accepting bribes put his greed and personal gain ahead of resident interests and ahead of NYCHA. His actions created a real and perceived culture of corruption, which adversely affects NYCHA's dedicated workforce, who now must work twice as hard to regain the trust of residents and improve conditions at our developments. Additionally, Mr. De Los Santos's crimes undermine NYCHA's substantial progress and the financial investments we've made to transform the Authority. His criminal acts

undermined a crucial procurement tool designed to deliver services to residents faster, and now, this tool will be burdened by additional processes that must prioritize preventing theft. Mr. De Los Santos's conduct is directly tied to the millions of dollars NYCHA has spent and continues to spend implementing new procedures, hiring staff, and pulling resources from other areas of the Authority.

Mr. De Los Santos's actions are counter to everything NYCHA stands for as an institution, and as the country's largest public housing authority, corruption must not be tolerated in any form. His unethical and dishonest behavior has eroded the public's confidence in the integrity and honesty of NYCHA's staff, and we ask that the Court impose an appropriate penalty that reflects the seriousness of this conduct and to show our staff and our residents that these actions have consequences which will deter future instances of corruption.

Respectfully,

Lisa Bova-Hiatt
Chief Executive Officer