

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

October 22, 2024

**VIA ECF**
The Honorable Kimba M. Wood
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

   **Re:** *United States v. Victor De Los Santos*, 24 Cr. 155 (KMW)

Dear Judge Wood:

  In advance of the October 23, 2024 sentencing in this matter, the Government respectfully submits this letter to update the Court with respect to sentences that have been imposed in related cases since the filing of the Government's sentencing letter, dated October 2, 2024. An updated version of Exhibit A to the Government's submission is attached hereto.[1]

            Sincerely,

            DAMIAN WILLIAMS
            United States Attorney

            by: _____/s/_____
            Jerry Fang / Jacob R. Fiddelman / Meredith Foster /
            Catherine Ghosh / Sheb Swett
            Assistant United States Attorneys
            (212) 637-2584/-1024/-2310/-1114/-6522

CC: All counsel of record (via ECF)

Encl.

---

[1] Exhibit A does not include the small number of cases in which the Government has agreed to a misdemeanor disposition.