# DAVID K. BERTAN
**ATTORNEY AT LAW**
**41 EAST 11TH STREET, 11TH FLOOR**
**NEW YORK, NEW YORK 10003**

**(718) 742-1688**
**E-MAIL: DBERTAN@YAHOO.COM**

January 2, 2025

*Via ECF*

Hon. Kimba M. Wood, United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

Hon.

      **Re:**     **USA v. De Lo Santos 24-cr-155 KMW)**

Dear Judge Wood:

     I represent Mr. De Lo Santos in the above matter. Earlier today, I filed a letter motion requesting an extension of Mr. De Lo Santos' time to surrender. I was recently advised that Mr. De Lo Santos has been designated to USP Canaan, and therefor no extension is necessary. I am withdrawing the letter motion.

     Thank you for your consideration in this matter.

                                    Very truly yours,

                                    David K. Bertan

DKB
cc:    AUSA Catherine Ghosh (Via ECF)