UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

                        Judgment Creditor,

v.

VICTOR DE LOS SANTOS,

                        Judgment Debtor,

and

THE CITY OF NEW YORK DEFERRED
COMPENSATION FUND,

                        Respondent.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/16/25

24 CR 155 (KMW)

**STIPULATION AND**
**TURNOVER ORDER**

WHEREAS, the Court entered judgment against VICTOR DE LOS SANTOS in the total amount of $70,100 (comprised of a $100 special assessment, $35,000 in restitution, and a $35,000 forfeiture money judgment);

WHEREAS, pursuant to 18 U.S.C. § 3612(f), interest accrues on the unpaid restitution at the rate of 4.28%, while no interest accrues on the forfeiture money judgment;

WHEREAS, the Clerk of Court has received payments totaling $425, which satisfied the special assessment and partially paid the restitution, but no payments have been made toward the forfeiture money judgment;

WHEREAS the unpaid restitution balance is $36,071.48 plus $4.07 per diem interest, and the unpaid forfeiture balance is $35,000;

WHEREAS, the United States of America served a Restraining Notice and Subpoena on Respondent, THE CITY OF NEW YORK DEFERRED COMPENSATION FUND ("NYCDCP"),

Stipulation and Turnover Order – Page 1

for substantial nonexempt property belonging to or due the Judgment Debtor, VICTOR DE LOS SANTOS;

WHEREAS the NYCDCP answered stating that it holds one 457 Plan account with an approximate value of more than $322,000, subject to market fluctuation belonging to VICTOR DE LOS SANTOS;

WHEREAS, pursuant to 18 U.S.C. § 3613, notwithstanding any other federal or state law, the restitution order is a lien on all property and rights to property of the defendant;

WHEREAS it appears that VICTOR DE LOS SANTOS has a substantial nonexempt interest in the 457 Plan funds held by the NYCDCP, such property is eligible for immediate lump sum withdrawal, and subject to turnover pursuant to 18 U.S.C. § 3613(a) and N.Y. CPLR § 5225(b); and

WHEREAS the parties have agreed to satisfy the restitution and forfeiture judgment balances from the funds held by the NYCDCP in the 457 Plan account;

IT IS HEREBY ORDERED that Respondent, the NYCDCP, shall liquidate securities in the 457 Plan account in the name of VICTOR DE LOS SANTOS as needed to submit a cashier's check, money order, or certified funds in the following sum certain amounts to satisfy his judgment debts:

   a. Payment of $36,140.00 for the restitution, including interest accrued through October 31, 2025, shall be made payable to "Clerk of Court" with "No. 24 CR 155" written on the face of the payment delivered or mailed to the Clerk of Court, United States District Court, 500 Pearl Street, New York, New York 10007, Attn: Cashier; and

    b. Payment of $35,000.00 for the forfeiture shall be made payable to "United States Customs and Border Protection" with "No. 22 CR 155" written on the face of the payment delivered or mailed to the United States Attorney's Office, 26 Federal Plaza, 38th Floor, New York, New York 10278, Attn: Illicit Finance and Money Laundering Unit;

Thereafter, the Restraining Notice shall be terminated such that access to the remaining funds held by the NYCDCP shall be restored to VICTOR DE LOS SANTOS and any securities and cash contained therein shall be released from restriction.

STIPULATED AND AGREED:

October 16, 2025
New York, New York

_____
VICTOR DE LOS SANTOS
*Judgment Debtor*

JAY CLAYTON
United States Attorney

_____
MELISSA A. CHILDS
Assistant United States Attorney
86 Chambers Street
New York, New York 10007
Telephone No.: (212) 637-2711

SO ORDERED.

Date: __October 16__, 2025
      New York, New York

_____
KIMBA M. WOOD
United States District Judge

Stipulation and Turnover Order – Page 3